## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## Clerk's Office – Trenton, NJ

SARA CHEHEBAR

                       Plaintiff,

v.                                            Case No.: 3:17−cv−01757−BRM−LHG

                                                  Judge

SIMON'S AGENCY, INC., et al.

                       Defendant.

### ORDER OF DISMISSAL

     This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty−day time period having passed without the Court having received the necessary papers;

     **IT IS** on this 23rd day of March, 2018,

     **ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

     **ORDERED** that this matter be, and the same hereby is, DISMISSED WITH PREJUDICE, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

     /s/ Brian R. Martinotti
     _____
     BRIAN R. MARTINOTTI United States District Judge