UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
JUN 13 2018
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| SARA CHEHEBAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>SIMON'S AGENCY, INC.,<br><br>Defendant. | Docket No: 3:17-cv-01757-BRM-LHG |

### DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' June 12, 2018 Stipulation of Dismissal, all claims asserted in Civil Action No: 3:17-cv-01757-BRM-LHG are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS __13th__ day of __June__, 2018.

_____
HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE